Before: KOZINSKI, O'SCANNLAIN, and BYBEE, Circuit Judges.

MEMORANDUM **

We affirm for substantially the same reasons as given by the Bankruptcy Appellate Panel. See *In re Kearns*, 314 B.R. 819 (9th Cir. BAP 2004).

Stephen Floyd ULLRICH, Plaintiff—Appellant,

v.

Michelle MENELY; et al., Defendants—Appellees.

No. 04–36118.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Stephen Floyd Ullrich, Boise, ID, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Idaho state prisoner Stephen Floyd Ullrich appeals pro se from the district court's order dismissing for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) his civil rights action against his former attorney. We have jurisdiction under 28 U.S.C. § 1291. Reviewing de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), we affirm.

Ullrich failed to state a constitutional or federal claim against his former attorney because he failed to allege acts showing that the defendant was acting under color of state law. See *Miranda v. Clark County*, 319 F.3d 465, 468 (9th Cir.2003). To the extent Ullrich may allege legal malpractice, this is a state-law claim for which "there exists no independent basis of federal jurisdiction." See *Aragon v. Federated Dept. Stores, Inc.*, 750 F.2d 1447, 1457–58 (9th Cir.1985). Accordingly, the district court properly dismissed Ullrich's action for failure to state a cognizable federal claim.

Ullrich's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.